**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**Civil Action No. 5:17-cv-00136-FDW-DSC**

| | |
|---|---|
| **GARY SURGEON,** | |
| **Plaintiff,** | |
| **vs.** | |
| **MEDICREDIT, INC.,** | |
| **Defendant.** | |

**ORDER**

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for John D. Ryan]" (document #20). For the reasons stated therein, the Motion is granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to the pro se Plaintiff, to defense counsel: and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 19, 2017

_____

David S. Cayer
United States Magistrate Judge